**Order filed April 16, 2020**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-20-00193-CV**
_____

**DARRELL GARETH ARCHER, Appellant**

**V.**

**HARRY HARTLEY II, ICT ENGINES INC., AND IMPACO INC., Appellees**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1145555**

## O R D E R

The notice of appeal in this case was filed March 9, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. _See_ Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **April 27, 2020.** _See_ Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.